UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FAIRCHILD,<br><br>                      Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>                      Defendant. | Case No.: 23-CV-1743-JLS-SBC<br><br>**ORDER ON JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

Before the Court is the Parties' Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference ("Joint Motion"). (Doc. No. 95.) The Parties move the Court for an order continuing the December 14, 2023, Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC"), which this Court set for 10:00 a.m. via Zoom pursuant to its October 20, 2023, Order ("ENE Order"). (ECF No. 94.) The Parties explain Matthew Fairchild ("Plaintiff") filed for bankruptcy on November 10, 2023, and "until Plaintiff's rights in this claim re-vest in Plaintiff, only the assigned Chapter 7 Trustee has authority to settle or resolve the matter, and Plaintiff does not have authority to do so." (Doc. No. 95 at ¶ 6.) The Parties further contend that "until Plaintiff's rights in this matter re-vest, Plaintiff is not able to substantively prosecute the case in any

1  way absent the participation of the Chapter 7 Trustee." (*Id*. at ¶ 9.) For these reasons, the
2  Parties believe proceeding with the December 14, 2023, ENE and CMC as scheduled
3  "would be unproductive and would not be a good use of judicial resources." (*Id*. at ¶ 10.)

4      Given the noted circumstances, the Court agrees with the Parties that the Video ENE
5  and CMC in this matter should be reset. Accordingly, the Court VACATES the December
6  14, 2023, Video ENE and CMC and ORDERS the Parties to jointly notify this Court's
7  Chambers via efile_chu@casd.uscourts.gov to update the Court when Plaintiff's
8  bankruptcy proceedings conclude and Plaintiff's rights in this matter re-vest, as defined by
9  the Parties in their instant Joint Motion. The Parties shall provide their joint notice to this
10 Court's Chambers **no later than five (5) days from the date Plaintiff's bankruptcy**
11 **proceedings conclude**. The Court shall then convene the ENE and CMC as appropriate
12 under the circumstances.

13     Finally, if the bankruptcy case remains ongoing by such date, the Court ORDERS
14 counsel for the Parties to appear on **Tuesday, January 30, 2024, at 10:00 a.m.** for a
15 Telephonic Joint Status Conference. To participate in the Conference, counsel shall dial
16 888. 808. 6929 and enter access code 448. 57. 22. Counsel shall be prepared to discuss the
17 bankruptcy case's status and its bearing upon the instant action before this Court.

18     **IT IS SO ORDERED.**
19 Dated: November 29, 2023

Hon. Steve B. Chu
United States Magistrate Judge